# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

149604

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THABET MAHDI SALEH,
      Defendant-Appellant.

SC: 149604
COA: 321152
Kent CC: 13-005760-FH

_____/

      On order of the Court, the application for leave to appeal the May 12, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



Clerk

t1112